## CARROLL.

---

### STATE *v.* CONE.

When the testimony of a witness, given at a former trial, is in writing and signed by him, no exception lies to the ruling that he cannot be asked, on cross-examination, by counsel having the written testimony, what that testimony was.

INDICTMENT, for murder.   The defendant excepted to the ruling that a witness called by the state, whose testimony, given at the magistrate's examination, had been written by the magistrate and signed by the witness, should not be asked, on cross-examination, by counsel having the written testimony, what that testimony was.

*Tappan,* attorney-general, and *Carter,* solicitor, for the state.

*Copeland, Quarles,* and *J. H. Hobbs,* for the defendant.

DOE, C. J.   The ruling was in accordance with the practice approved in *Haines* v. *R. F. Ins. Co.,* 52 N. H. 467, and is not subject to exception.

*Exception overruled.*

BINGHAM and ALLEN, JJ., did not sit.